**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RODNEY G. MOORE, ESQ.
rodney.moore@lewisbrisbois.com
State Bar ID No. 131971
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
Phone: 404-991-3788

Attorney for GOLDEN STATE FOODS CORP. and BRIAN DICK

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| GOLDEN STATE FOODS, CORP. and BRIAN DICK <br><br> Petitioners, <br><br> vs. <br><br> SIDNEY MENDOZA, <br><br> Respondent | CIVIL ACTION NO. LACV14-7045 MWF <br> PROOF OF SERVICE BY UNITED STATES MAIL AND ELECTRONIC MAIL |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

CERTIFICATE OF INTERESTED PARTIES

**PROOF OF SERVICE BY UNITED STATES MAIL AND ELECTRONIC MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Fulton, State of Georgia; I am over the age of 18 years and not a party to this action. My business address is 303 Peachtree Street NE, Suite 4340, Atlanta, Georgia 30308.

On September 10, 2014, I served the following document(s) described as:

**PETITION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO COMPEL ARBITRATION; DECLARATION OF RODNEY G. MOORE; DECLARATION OF BRIAN DICK; AND DECLARATION OF SONYA GOMEZ:CIVIL COVER SHEET: CERTIFICATE OF INTERESTED PARTIES**

On the persons below as Counsel for Plaintiff Sidney Mendoza, as follows:

Adam Reisner, Esq.
Justin Silverman, Esq.
**REISNER & KING LLP**
14724 Ventura Boulevard, Suite 1210
Sherman Oaks, CA 91403
Phone:            (818) 981-0901
Facsimile:   (818) 981-0902

AND BY AND ELECTRONIC MAIL TO: justin@reisnerlaw.com

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

ordinary course of business with the United States Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Atlanta, Georgia.

(State)       I Declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 10, 2014, at Atlanta, Georgia.

_Rodney G. Moore_

Type or Print Name

_Roy G Moore_

Signature

CERTIFICATE OF INTERESTED PARTIES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW