UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 14-7045-MWF(Ex)**                              Dated: **November 3, 2014**

Title:        Golden State Foods Corp. -v- Sidney Mendoza

PRESENT:      HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez/Cheryl Wynn | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Rodney G. Moore | Justin Silverman |

**PROCEEDINGS:**   DEFENDANTS' PETITION TO COMPEL ARBITRATION [1]; RESPONDENT'S MOTION TO DISMISS PETITIONERS' PETITION TO COMPEL ARBITRATION [10]; RESPONDENT'S MOTION TO DISMISS PETITIONER'S PETITION TO COMPEL ARBITRATION BASED ON FRCP RULE 12B-1 AND 12B-6 AND REQUEST FOR SANCTION OF $7,537.44. [11]

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

                                                                        Initials of Deputy Clerk   rs
                                          -1-                                             :10 min